# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | NO. 18-59515-bem |
| TANYA NICOLE SANTIAGO | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| _____ | )_____ | |
| | ) | |
| AARON, EVERETT & MYERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY CASE |
| | ) | NO. 18-05190-bem |
| v. | ) | |
| | ) | |
| TANYA NICOLE SANTIAGO | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

I hereby certify that I have served the Defendant with Plaintiff's Complaint To Determine Dischargeability Of A Debt Pursuant To 11 U.S.C. § 523(A)(2)(A), A(4), and a(6) by 1st Class US Mail and US Mail Certified addressed as follows:

Tanya Nicole Santiago
11771 Fairway Overlook
Fayetteville, Georgia 30215

1

This 22nd day of August, 2018.

Respectfully submitted,

/s/ David J. Merbaum_____
David J. Merbaum
Georgia Bar Number: 006700
dmerbaum@mbpclaw.com
Andrew J. Becker
Georgia Bar Number: 142595
abecker@mbpclaw.com
**Attorneys for Plaintiff**

Merbaum & Becker, P.C.
5755 North Point Pkwy., Suite 284
Alpharetta, Georgia 30022
(678) 393-8232 (phone)
(678) 467-1920 (facsimile)

2